# BORRELLI & ASSOCIATES
### P.L.L.C.

www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

February 13, 2023

*Via ECF*
The Honorable Kenneth M. Karas
United States District Judge for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Jose Hernandez, et al. v. El Bandido Restaurant Inc., et al.*
               *Docket No. 22-cv-00927 (KMK) (JCM)*

Dear Judge Karas:

      We represent the Plaintiffs in the above-captioned case and write in response to the "Pre-Motion Conference Request – Motion for Summary Judgment" filed by the Defendants earlier today, February 13, 2023. As Your Honor may know, on February 20, 2023, the parties are scheduled to mediate this matter with a District-appointed mediator. As such, the parties have conferred and jointly request that Plaintiff's response to Defendants' pre-motion conference request be adjourned until February 27, 2023. In addition, the parties request that the deadline for Defendants' motion for summary judgement, currently February 27, 2023, be adjourned until a date set forth by Your Honor subsequent to the parties' full submissions on the pre-motion conference request.

We thank the Court for its attention to this matter.

Granted.

So Ordered.

*signature*

2/14/23

Respectfully submitted,

*signature*

Michael J. Borrelli, Esq.
*For the Firm*

To: All counsel *via* ECF.

2