UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE HERNANDEZ, on behalf of himself, individually, and on behalf of all others similarly-situated,

              Plaintiff,

-against-

EL BANDIDO RESTAURANT INC., d/b/a EL BANDIDO MEXICAN RESTAURANT & LOUNGE, and ESTATE OF SANTIAGO M. TELLO, individually, and ANGELICA TELLO, individually,

              Defendants.

**Docket No.:**
**22-cv-00927-KMK-JCM**

**[PROPOSED] JUDGMENT**

      **WHEREAS**, on February 27, 2023, Defendants EL BANDIDO RESTAURANT INC., d/b/a EL BANDIDO MEXICAN RESTAURANT & LOUNGE, and the ESTATE OF SANTIAGO M. TELLO, individually, and ANGELICA TELLO, individually, (collectively "Defendants"), offered named Plaintiff, JOSE HERNANDEZ, and opt-in Plaintiff, JOSE ANTONIO HERNANDEZ (collectively "Plaintiffs"), to take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68, in the amount of Thirty-Two Thousand Five Hundred Dollars and Zero Cents ($32,500.00), inclusive of attorneys' fees and costs, to be divided equally between them; and

      **WHEREAS**, on February 27, 2023, Plaintiffs filed their Notice of Acceptance of this offer; it is

1

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiffs as against Defendants in the amount of Thirty-Two Thousand Five Hundred Dollars and Zero Cents ($32,500.00).

SO ORDERED, on the ____ day of _____, 2023, White Plains, New York:

_____
The Honorable Kenneth M. Karas, U.S.D.J.