Re: JOSE HERNANDEZ ET AL v. EL BANDIDO RESTAURANT INC. ET AL

Case Number: 7:22-cv-00927-KMK-JCM

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| EL BANDIDO RESTAURANT INC.<br>196 ROUTE 59<br>SPRING VALLEY, NEW YORK 10977<br><br>ESTATE OF SANTIAGO M. TELLO<br>196 ROUTE 59<br>SPRING VALLEY, NEW YORK 10977<br><br>ANGELICA TELLO<br>196 ROUTE 59<br>SPRING VALLEY, NEW YORK 10977 | JOSE HERNANDEZ<br>8 DIVISION AVENUE APT. 1B SPRING VALLEY, NEW YORK 10977<br><br>JOSE A. HERNANDEZ<br>57 SOUTH MADISON AVENUE APT. 2 SPRING VALLEY, NEW YORK 10977 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $32,000.00 | MICHAEL J. BORRELLO, ESQ.<br>910 Franklin Avenue Suite 200<br>Garden City, New York 11530<br>(Attorneys for Plaintiffs) | February 27, 2023 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York                , New York

**RUBY J. KRAJICK, Clerk of Court**

_____

By, Deputy Clerk